UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JAMES ADAM (a.k.a. CANICE ONYEANWU),

        01 CV 2417 (SJ)(RML)

        Plaintiff,        **MEMORANDUM
        AND ORDER**

     -against-

JAMES DAWSON (NEW YORK CITY POLICE
OFFICER),

        Defendant.
--------------------------------------------------------------X
A P P E A R A N C E S:

OFODILE & ASSOCIATES
498 Atlantic Avenue
Brooklyn, New York 11217
By:    Anthony Ofodile, Esq.
Attorney for Plaintiff

CITY OF NEW YORK - LAW DEPARTMENT
100 Church Street
New York, New York 10007
By:    Jordan M. Smith, Assistant Corporation Counsel
Attorney for Defendant


JOHNSON, Senior District Judge:

On April 19, 2001, James Adam (a.k.a. Canice Onyeah) ("Plaintiff")

commenced this action against New York City Police Detective James Dawson, as

well as the City of New York, (collectively, "Defendants"), pursuant to 42 U.S.C.

§ 1983, alleging that Defendants engaged in the use of excessive force, false

imprisonment, and malicious prosecution, in violation of Plaintiff's constitutional

1

rights. Defendant Dawson now moves for partial summary judgment with respect to the malicious prosecution claim. Plaintiff chose not to oppose this motion. <u>See</u> Plaintiff Letter, dated 2/15/08.

For the reasons stated in Defendant's Memorandum of Law, the Motion for Partial Summary Judgment is hereby GRANTED.

SO ORDERED.

Dated: March 17 , 2008
Brooklyn, New York

s/S.J.JR

Senior U.S.D.J.

2